UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW E. ORSO and
NATIONWIDE JUDGMENT
RECOVERY, INC., as Successor
Trustee to Kenneth D. Bell in his
capacity as court-appointed Receiver for
Rex venture Group, LLC dba
ZeekRewards.com

    Plaintiffs,

v.                                                Case No: 5:21-mc-22-JSM-PRL

TODD DISNER, TRUDY GILMOND,
TRUDY GILMOND, LLC, JERRY
NAPIER, DARREN MILLER,
RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, AARON
ANDREWS, SHARA ANDREWS,
GLOBAL INTERNET FORMULA,
INC., T. LEMONT SILVER, KAREN
SILVER, MICHAEL VAN LEEUWEN,
DURANT BROCKETT, DAVID
KETTNER, MARY KETTNER,
P.A.W.S. CAPITAL MANAGEMENT
LLC, LORI JEAN WEBER and
ZEEKREWARDS.COM,

    Defendants.

## ORDER

Before the court is Plaintiff's motion for appointment of a process server. (Doc. 7). Previously, the court granted Plaintiff's motions for writ of garnishment and the writs of garnishment were issued by the Clerk. (Docs. 5 & 6). Plaintiff now requests that the Court appoint ABC Legal to serve the writs on the garnishees.

- 2 -

Pursuant to Rule 4.1(a) of the Federal Rules of Civil Procedure, "[p]rocess—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose." Here, Plaintiff requests the appointment of a special process server due to the limited resources and time constraints of the U.S. Marshals Service.

Upon due consideration, Plaintiff's motion (Doc. 7) is GRANTED. *See Sumner v. Garner,* No. 6:18-CV-40-ORL-28GJK, 2019 WL 6716193, at *2 (M.D. Fla. Dec. 9, 2019) (granting the request to appoint a special process server to serve a writ of garnishment); *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008) (appointing special process server to serve writ of garnishment). The court appoints any agent or employee of ABC Legal, who is otherwise legally permitted to effectuate service of process, as special process server to serve the writs of garnishment on the garnishees.

**DONE** and **ORDERED** in Ocala, Florida on December 7, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties